**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| LUDWERD DEL CASTILLO-GUZMAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRIPLE CANOPY, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 1:15-CV-799 (CMH/MSN) |

## DEFENDANT TRIPLE CANOPY INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Triple Canopy, Inc. ("Triple Canopy"), by counsel and pursuant to Federal Rule of Civil Procedure 56, moves for an order granting summary judgment on Plaintiffs' Complaint in its entirety. As explained more fully in the Memorandum of Law in Support of the Motion for Summary Judgment, which is incorporated herein by reference, no material issues of fact are in genuine dispute and Defendant is entitled to judgment as a matter of law.

TRIPLE CANOPY, INC.
By Counsel

_____/s/_____
David L. Greenspan (VSB #45420)
John E. Thomas, Jr. (VSB #81013)
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons Corner, Virginia 22102
(703) 712-5407 (telephone)
(703) 712-5217 (facsimile)
dgreenspan@mcguirewoods.com
jethomas@mcguirewoods.com
*Counsel for Defendant Triple Canopy, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2016, I filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that on January 20, 2016, I caused the foregoing to be delivered by first-class mail to:

Ludwerd del Castillo-Guzman
717 Zlotkin Circle, Apt. 6
Freehold, NJ 07728

Juan Castro-Rugel
30 Marcy Street
Freehold, NJ 07728

Juan Castro-Rugel
33 Marcy Street
Freehold, NJ 07728

Juan Castro-Rugel
33 Parker Street
Freehold, NJ 07728

/s/
John E. Thomas, Jr. (VSB No. 81013)
*Counsel for Defendant Triple Canopy, Inc.*
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
Tysons Corner, Virginia 22102
(703) 712-5407 (telephone)
(703) 712-5217 (facsimile)
jethomas@mcguirewoods.com

74417440_1