# McGuireWoods

David L. Greenspan  
703.712.5096

The Corporate Office Center at Tysons II  
1750 Tysons Blvd., Suite 1800  
Tysons Corner, VA 22102-4215

January 31, 2016

REMITTANCE COPY  
PLEASE RETURN WITH PAYMENT  
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

INVOICE NO. 91848866



TAX ID NO. ▊

Re: Ludwerd Guzman - Breach of Contract  
Our File No.:        2059625-0024

Balance Forward from Prior Invoices:  
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:  
    Current Fees:  
    Current Disbursements:        $0.00  
    **Current Invoice Total:**

    Total Balance Due for this Matter:

    PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP  
        Attn: Accounts Receivable  
        800 E. Canal Street  
        Richmond, VA 23219-3916

    **PAYMENT IN FULL IS DUE UPON PRESENTATION**



DEFENDANT'S EXHIBIT 2

# McGuireWoods

David L. Greenspan
703.712.5096

The Corporate Office Center at Tysons II
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102-4215

January 31, 2016

Gary Moore, Esq.
Chief Legal Officer
Constellis
12018 Sunrise Valley Drive
Suite 140
Reston, VA 20191

Bill Through: 12/31/15

**INVOICE NO. 91848866**                                TAX ID NO.

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Ludwerd Guzman - Breach of Contract
    Our File No.:          2059625-0024


12/11/15 █████████████████████████ review and revise notices of deposition (0.3); █████
John E. Thomas Jr.

12/11/15 ███████████████████████ prepare deposition notices for all four plaintiffs (.5)
Jill M. Ciccone

12/14/15 Research issues involving presence of interpreter at deposition (0.3); █████ begin preparing deposition outline (2.9); █████
John E. Thomas Jr.

12/16/15 Review all documents and prepare deposition outline                                  .10
John E. Thomas Jr.

12/17/15 Research independent contractor classification tests in preparation for deposition (1.1); review and revise deposition outline (0.3); █████
John E. Thomas Jr.

12/17/15  Email from J. Thomas regarding deposition                  .30
          notice for Plaintiff Castro-Rugel to include
          new address
             Jill M. Ciccone

12/17/15  Review Castro-Rugel bank records (.4);                     ███
          determine which ones will be produced during
          his deposition (.3); ████████████████████████
          ████████████████████████ onversations with J.
          Thomas, Jr. regarding same (.1); ████████████
          ████████████████████ review email to M.
          Taylormoore requesting copies of Castro-Rugel's
          bank records (.1); ████████████████████████
          ████████████████████████████████████████████
             Lisa K. La Bossiere

12/18/15  Finalize master deposition outline                         .50
             John E. Thomas Jr.

████████████████████████████████████████████████████████ ███
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████ ███
████████████████████████████████████████████████████████

12/21/15  Review and revise master deposition outline and            .80
          research independent contractor cases to
          develop same
             John E. Thomas Jr.

12/22/15  Prepare exhibits for deposition of J.                      .60
          Castro-Rugel (0.3); ████████████████████████
          ████████████████████████
             John E. Thomas Jr.

████████████████████████████████████████████████████████ ███
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████



12/28/15 Prepare for and attend deposition of J.
Castro-Rugel (1.0)
    John E. Thomas Jr.

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| David L. Greenspan | $475.00 | | |
| | | | |
| John E. Thomas Jr. | $387.20 | | |
| Jill M. Ciccone | $268.40 | | |
| Lisa K. La Bossiere | $171.60 | | |
| TOTAL FEES | | | |

Ludwerd Guzman - Breach of Contract
File Number: 2059625-0024
Invoice No. 91848866

Page 6
January 31, 2016

Summary of Fees and Expenses:

    Total Fees for Matter: █████

    Total Expenses for Matter: ███

    Total for this Invoice: █████



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122550 | 1/8/2016 | 99793 |
| Job Date | Case No. | |
| 12/28/2015 | 1:15-CV-799 (CMH/MSN) | |
| Case Name | | |
| Castillo-Guzman, et al -v- Triple Canopy, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

John E. Thomas, Jr., Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

APPEARANCE
    Statement on the Record (Juan Castro-Rugel)
        Appearance & Statement for the Record (RUSH)          250.00

        **TOTAL DUE >>>**     **$250.00**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: ███     Wire Routing Number: ███
We accept all major credit cards, subject to a 3% fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $250.00 |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

John E. Thomas, Jr., Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

Invoice No.   :  122550
Invoice Date  :  1/8/2016
**Total Due**    :  **$ 250.00**

Remit To: **Planet Depos, LLC**
        **405 East Gude Drive**
        **Suite 209**
        **Rockville, MD  20850**

Job No.    :  99793
BU ID      :  1-MAIN
Case No.   :  1:15-CV-799 (CMH/MSN)
Case Name  :  Castillo-Guzman, et al -v- Triple Canopy, Inc.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 123422 | 1/8/2016 | 99794 |
| **Job Date** | **Case No.** | |
| 12/28/2015 | 1:15-CV-799 (CMH/MSN) | |
| **Case Name** | | |
| Castillo-Guzman, et al -v- Triple Canopy, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John E. Thomas, Jr., Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215

INTERPRETATION SERVICES:
    Juan Castro-Rugel
        Interpreter Minimum                                                                             750.00

                                                     **TOTAL DUE >>>**              **$750.00**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: ▉▉▉▉▉▉          Wire Routing Number: ▉▉▉▉▉▉
We accept all major credit cards, subject to a 3% fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

                                                     (-) Payments/Credits:        450.00
                                                     (+) Finance Charges/Debits:        0.00
                                                     **(=) New Balance:**        **$300.00**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

John E. Thomas, Jr., Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215

Invoice No.    :   123422
Invoice Date   :   1/8/2016
**Total Due**     :   **$300.00**

Remit To:   **Planet Depos, LLC**
                **405 East Gude Drive**
                **Suite 209**
                **Rockville, MD 20850**

Job No.     :   99794
BU ID      :   3-INTERP
Case No.   :   1:15-CV-799 (CMH/MSN)
Case Name  :   Castillo-Guzman, et al -v- Triple Canopy, Inc.