IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| LUDWERD DEL CASTILLO-GUZMAN, ET AL., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:15-cv-799 ) ) |
| TRIPLE CANOPY, INC. | ) ) |
| Defendant. | ) ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendant's Motion for Summary Judgment is GRANTED, and the Plaintiffs' Motion to File an Amended Complaint is DENIED and this case is DISMISSED.

*/s/ Claude M. Hilton*

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 2, 2016